Argued November 7—decided November 7, 1967

STATE OF CONNECTICUT v. CHARLES O. DUKES

The motion by the state to dismiss the appeal from the Superior Court in Hartford County is denied.

*John D. LaBelle,* state's attorney, for the appellee (state).

*Alfonse C. Fasano,* for the appellant (defendant).

Argued November 7—decided November 7, 1967